IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>              Plaintiff,<br>    v.<br><br>DISCOVER FINANCIAL SERVICES, a Delaware corporation; DISCOVER BANK, a Delaware chartered bank; DFS SERVICES LLC, a Delaware limited liability Company; and DISCOVER PRODUCTS, INC., a Utah corporation<br><br>              Defendants. | ```<br>FILED: APRIL 16 ,2008<br>08CV 2187 NF<br>JUDGE COAR<br>MAGISTRATE JUDGE SCHENKIER<br>```<br><br>Case No. _____ |

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") states that National Union is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

DATED:  April 16, 2008                    NATIONAL UNION FIRE INSURANCE
                                                    COMPANY OF PITTSBURGH, PA,

                                  By:  _____Richard H. Nicolaides, Jr._____
                                                           One of its Attorneys

Richard H. Nicolaides, Jr.
Matthew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
Ph.  312.762.3100
Fax  312-762-3200

252477v1 / 7378