IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DISCOVER FINANCIAL SERVICES, a Delaware corporation; DISCOVER BANK, a Delaware chartered bank; DFS SERVICES LLC, a Delaware limited liability Company; and DISCOVER PRODUCTS, INC., a Utah corporation<br><br>　　　　　　Defendants. | ) FILED: APRIL 16 ,2008<br>) 08CV 2187 NF<br>) JUDGE COAR<br>) MAGISTRATE JUDGE SCHENKIER<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's
RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") states that National Union is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

DATED:  April 16, 2008　　　　　　　　　　　NATIONAL UNION FIRE INSURANCE
　　　　　　　　　　　　　　　　　　　　　　COMPANY OF PITTSBURGH, PA,

　　　　　　　　　　　　　　　By:　_____Richard H. Nicolaides, Jr._____
　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Richard H. Nicolaides, Jr.
Matthew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
Ph.  312.762.3100
Fax  312-762-3200

252435 / 7378