# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case Number: 1:08-cv-2187 |
| v. | ) ) | Judge David H. Coar |
| DISCOVER FINANCIAL SERVICES, a Delaware corporation; DISCOVER BANK, a Delaware chartered bank; DFS SERVICES LLC, a Delaware limited liability company; and DISCOVER PRODUCTS, INC., a Utah corporation, | ) ) ) ) ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Daniel I. Graham, Jr., an attorney, certify that I caused the Report of Parties' Planning Conference and Proposed Scheduling Order ("Phase I"), which were electronically filed on June 19, 2008, to be served upon Kimball R. Anderson, Samuel Mendenhall, and Giel Stein of Winston & Strawn LLP by hand delivery before the hour of 5:00 p.m. at 35 West Wacker Drive - Suite 4100, Chicago, Illinois 60601 on June 20, 2008, rather than by depositing same in the U.S. Mail, First Class, with postage pre-paid from 191 North Wacker Drive, Chicago, IL 60606 before 5:00 p.m. on June 19, 2008.

Date:  June 20, 2008

Richard H. Nicolaides, Jr.
Mathew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
Tel:  (312) 762-3100
Fax:  (312) 762-3200

By:     s/Daniel I. Graham, Jr            .
One of the Attorneys for National Union Fire
Insurance Company of Pittsburgh, PA

## NOTICE OF FILING

**TO:** Kimball R. Anderson
Samuel Mendenhall
Giel Stein
WINSTON & STRAWN LLP
35 West Wacker Drive - Suite 4100
Chicago, Illinois  60601

PLEASE TAKE NOTICE that on June 20, 2008, we electronically filed this **Amended Certificate of Service,** a copy of which is attached hereto and served upon you.

## CERTIFICATE OF SERVICE

I, Daniel I. Graham, Jr., an attorney, certify that I caused the above-named documents to be served upon Kimball R. Anderson, Samuel Mendenhall, and Giel Stein of Winston & Strawn LLP by hand delivery before the hour of 5:00 p.m. at 35 West Wacker Drive - Suite 4100, Chicago, Illinois 60601 on June 20, 2008.

Date:  June 20, 2008

Richard H. Nicolaides, Jr.
Mathew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606
Tel:  (312) 762-3100
Fax:  (312) 762-3200

By: ____s/Daniel I. Graham, Jr____.
One of the Attorneys for National Union Fire Insurance Company of Pittsburgh, PA

258936v1 / 7378

2