**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-CV-2187 |

NATIONAL UNION FIRE INSURANCE,
COMPANY OF PITTSBURG, PA, Plaintiff,
v.
DISCOVER FINANCIAL SERVICES, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: DISCOVER FINANCIAL SERVICES, DISCOVER BANK, DFS SERVICES LLC, and DISCOVER PRODUCTS INC.

| NAME (Type or print) |
|---|
| Kimball R. Anderson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kimball R. Anderson |
| FIRM |
| Winston & Strawn LLP |
| STREET ADDRESS |
| 35 W. Wacker Drive |
| CITY/STATE/ZIP |
| Chicago / Illinois / 60601-9703 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00049980 | 312-558-5600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |