## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, )  )  )  ) | |
| Plaintiff,                                      ) | Case No.: 08-CV-2187 |
| ) | |
| DISCOVER FINANCIAL SERVICES, a Delaware corporation: DISCOVER BANK, a Delaware chartered bank; DFS SERVICES LLC, a Delaware limited liability company; and DISCOVER PRODUCTS, INC., a Utah corporation, )  )  )  )  )  )  ) | Judge David H. Coar  Magistrate Judge Sidney I. Schenkier |
| Defendants.                                 ) | |

### AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE PLEAD

Defendants Discover Financial Services, Discover Bank, DFS Services LLC, and Discover Products, Inc. (collectively "Discover"), by and through their counsel, hereby respectfully request by agreement of the parties that the Court approve the following:

1.  Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") filed its Complaint on April 16, 2008.

2.  Discover's answer or other responsive pleading is due on June 23, 2008.

3.  National Union and Discover have agreed that Discover shall have an extension of time, up to and including June 30, 2008, to file its answer or otherwise respond to the Complaint.

DATED: June 23, 2008

                                              DISCOVER FINANCIAL SERVICES,
                                              DISCOVER BANK, DFS SERVICES LLC,
                                              and DISCOVER PRODUCTS, INC.

                                              By: /s/Kimball R. Anderson
                                                   One of Their Attorneys

Kimball R. Anderson
Samuel Mendenhall
Giel Stein
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (Telephone)
(312) 558-5700 (Facsimile)
kanderson@winston.com
smendenhall@winston.com
gstein@wiston.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2008, I electronically filed Discover Financial Services, Discover Bank, DFS Services LLC, and Discover Products, Inc.'s AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard H. Nicolaides, Jr.
Matthew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 N. Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100 (Telephone)
(312) 762-3200 (Facsimile)

      /s/Samuel Mendenhall