## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA, a ) <br> Pennsylvania corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISCOVER FINANCIAL SERVICES, ) <br> a Delaware corporation: DISCOVER ) <br> BANK, a Delaware chartered bank; ) <br> DFS SERVICES LLC, a Delaware limited ) <br> liability company; and DISCOVER ) <br> PRODUCTS, INC., a Utah corporation, ) <br> ) <br> Defendants. ) | Case No.: 08-CV-2187 <br><br> Judge David H. Coar <br> Magistrate Judge Sidney I. Schenkier |

### NOTICE OF MOTION

To:  Richard H. Nicolaides, Jr.
     Mattew J. Fink
     Daniel I. Graham, Jr.
     BATES & CAREY LLP
     191 N. Wacker, Suite 2400
     Chicago, Illinois 60606
     (312) 762-3100 (Telephone)
     (312) 762-3200 (Facsimile)

    YOU ARE HEREBY NOTIFIED that on June 26, 2008, at 9:00 a.m. I will appear before the Honorable David H. Coar, in the courtroom (Room 1419) usually occupied by him, or any judge sitting in his stead at the Federal Courthouse Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present Defendants Discover Financial Services', Discover Bank's, DFS Services LLC's, and Discover Products, Inc.'s AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.

Dated: June 23, 2008

                                    DFS SERVICES LLC,

                                    By: /s/ Samuel Mendenhall
                                        One of Their Attorneys

2

Kimball R. Anderson
Samuel Mendenhall
Giel Stein
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (Telephone)
(312) 558-5700 (Facsimile)
kanderson@winston.com
smendenhall@winston.com
gstein@winston.com

**CHI:1731254.1**          2

## CERTIFICATE OF SERVICE

     I hereby certify that on June 23, 2008, I electronically filed Discover Financial Services', Discover Bank's, DFS Services LLC's, and Discover Products, Inc.'s NOTICE OF MOTION with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard H. Nicolaides, Jr.
Mattew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 N. Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100 (Telephone)
(312) 762-3200 (Facsimile)

/s/  Samuel Mendenhall