## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | |
| | Plaintiff, |
| v. | Case No.: 1:08−cv−02187 |
| | Honorable David H. Coar |
| Discover Financial Services, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

MINUTE entry before the Honorable David H. Coar:Motion for extension of time to answer [21] is granted, defendant to answer or plead on or before 6/30/2008. The Rule 16(b)of 6/26/2008 is stricken. Rule 16(b) Scheduling Conference reset for 7/24/2008 at 09:00 AM. Parties should not appear on 6/26/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.