# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | ) ) ) ) |
| Plaintiff-Counterdefendant, | ) ) Case No.: 08-CV-2187 ) |
| DISCOVER FINANCIAL SERVICES, a Delaware corporation; DISCOVER BANK, a Delaware chartered bank; DFS SERVICES LLC, a Delaware limited liability company; and DISCOVER PRODUCTS, INC., a Utah corporation, | ) ) ) ) Judge David H. Coar ) Magistrate Judge Sidney I. Schenkier ) ) ) |
| Defendants-Counterclaimants. | ) |

## DEFENDANTS-COUNTERCLAIMANTS' LOCAL RULE 3.2 DISCLOSURE

Defendants-Counterclaimants Discover Financial Services, Discover Bank, DFS Services LLC, and Discover Products, Inc., by and through their attorneys, make the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

1. Discover Financial Services is a Delaware corporation with its principal place of business in Riverwoods, Illinois. It is publicly traded and has no parent company. Entities that own more than 5% of the corporation are:

    (a) FMR LLC is a Delaware limited liability company with its principal place of business in Boston, Massachusetts.

    (b) UBS Global Asset Management (Americas) Inc. is a Delaware corporation with its principal place of business in Chicago, Illinois.

      (c)      Harris Associates L.P. is a Delaware limited partnership with its principal place of business in Chicago, Illinois.  It is a wholly-owned subsidiary of Natixis Global Assets Management L.P.

2.      Discover Bank is a Delaware chartered bank with its principal place of business in Greenwood, Delaware.  It is a wholly-owned subsidiary of Discover Financial Services, the public parent company.

3.      DFS Services LLC is a Delaware limited liability company with its principal place of business in Riverwoods, Illinois.  It is a wholly-owned subsidiary of Discover Financial Services, the public parent company.

4.      Discover Products, Inc. is a Utah corporation with its principal place of business in Riverwoods, Illinois.  It is a wholly-owned subsidiary of Discover Financial Services, the public parent company.

DATED:      July 1, 2008

                                                Respectfully submitted,
                                                DISCOVER FINANCIAL SERVICES,
                                                DISCOVER BANK, DFS SERVICES LLC,
                                                and DISCOVER PRODUCTS, INC.

                                                By:  /s/Kimball R. Anderson
                                                      One of Their Attorneys

Kimball R. Anderson
Samuel Mendenhall
Giel Stein
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (Telephone)
(312) 558-5700 (Facsimile)
kanderson@winston.com
smendenhall@winston.com
gstein@wiston.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed DEFENDANTS-COUNTERCLAIMANTS' LOCAL RULE 3.2 DISCLOSURE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Richard H. Nicolaides, Jr.
Mattew J. Fink
Daniel I. Graham, Jr.
BATES & CAREY LLP
191 N. Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100 (Telephone)
(312) 762-3200 (Facsimile)

          /s/  Samuel Mendenhall