UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

National Union Fire Insurance Company of Pittsburgh, PA

                         Plaintiff,

v.                                                    Case No.: 1:08−cv−02187

                                                        Honorable David H. Coar

Discover Financial Services, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable David H. Coar: Rule 16(b) Scheduling Conference held on 7/29/2008. All disclosures required by Rule 26(a)(1) shall be made on or before 7/17/2008. Any amendments to pleadings or actions to join other parties shall be filed on or before 8/15/2008. Discovery is ordered closed on 7/31/2009. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 9/1/2009 as to the plaintiff and 10/1/2009 as to the defendants. The defendant may depose the plaintiff' s expert at any time prior to 10/1/2008. The plaintiff depose the defendant's expert at any time prior to 10/31/209. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 10/22/2009 as to defendants and 11/23/2009 as to the plaintiff. 2008. The plaintiff and defendants may depose one another's rebuttal expert at any time prior to 12/14/2009. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). Cross motions for summary judgment concerning the duty to defend to be filed on or before 9/8/2008, with cross−responses to be filed on or before 10/8/2008. This schedule is in reference to the issue of duty to defend. The deadline for filing any dispositive motion (with supporting memoranda) addressing issues other than the duty to defend shall be due by 8/31/2009. All motions are to be filed in accordance to and noticed for presentment for a date certain pursuant to Local Rule 5.3(b)). The parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.