UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

National Union Fire Insurance Company of Pittsburgh, PA

Plaintiff,

v.

Case No.: 1:08−cv−02187

Honorable David H. Coar

Discover Financial Services, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

MINUTE entry before the Honorable David H. Coar: Set deadlines as to motion for summary judgment[32], motion for summary judgment[35] : Cross Responses due by 10/8/2008. MOTION [32]by Defendants Discover Financial Services, Discover Bank, DFS Services LLC, Discover Products, Inc. for summary judgment REGARDING PLAINTIFF−COUNTERDEFENDANT'S DUTY TO DEFEND and MOTION[35] by Plaintiff National Union Fire Insurance Company of Pittsburgh, PA, Counter Defendant National Union Fire Insurance Company of Pittsburgh, PA for summary judgment are taken under advisement − ruling to issue by mail. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.